IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANCHOR BANK, FSB,

    Plaintiff,

v.

RESOLUTE/STEP LLC, and
RESOLUTE SOLUTIONS
CORPORATION,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-420-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Anchor Bank, FSB, against defendants Resolute/Step LLC and Resolute Solutions Corporation, jointly and severally, in the amount of $1,423,227.68, plus interest accruing at a rate of $149.81 per day.

_____
Peter Oppeneer, Clerk of Court

MAR 3 2009
_____
Date